B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re  Multi-Medical Equipment & Supplies, LLC  
Debtor(s)

Case No.  14-35174  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 3B Medical, Inc.<br>21301 US Highway 27 N<br>Lake Wales, FL 33859 | 3B Medical, Inc.<br>21301 US Highway 27 N<br>Lake Wales, FL 33859 | Trade debt | | 550.53 |
| ADT Security Services<br>PO Box 371878<br>Pittsburgh, PA 15250-7878 | ADT Security Services<br>PO Box 371878<br>Pittsburgh, PA 15250-7878 | Alarm Services | | 84.34 |
| CardMember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | CardMember Service<br>PO Box 94014<br>Palatine, IL 60094-4014 | Misc. Expenses | | 988.05 |
| Chase Bank<br>1111 Fannin St.<br>Loan Servicing TX2-F125<br>Houston, TX 77002 | Chase Bank<br>1111 Fannin St.<br>Loan Servicing TX2-F125<br>Houston, TX 77002 | Business line of credit | | 40,000.00 |
| Comcast<br>PO Box 660618<br>Dallas, TX 75266-0618 | Comcast<br>PO Box 660618<br>Dallas, TX 75266-0618 | Utility Expense | | 180.12 |
| CPADropShip.com<br>PO Box 1987<br>Stafford, TX 77497 | CPADropShip.com<br>PO Box 1987<br>Stafford, TX 77497 | Trade debt | | 135.32 |
| DMS Holdings Inc.<br>25291 Network Place<br>Chicago, IL 60673-1252 | DMS Holdings Inc.<br>25291 Network Place<br>Chicago, IL 60673-1252 | Trade debt | | 155.50 |
| Golden Technologies<br>401 Bridge St.<br>Old Forge, PA 18518 | Golden Technologies<br>401 Bridge St.<br>Old Forge, PA 18518 | Trade debt | | 674.87 |
| Health Care Service Corporation<br>PO Box 731428<br>Dallas, TX 75373-1428 | Health Care Service Corporation<br>PO Box 731428<br>Dallas, TX 75373-1428 | Insurance | | 2,213.28 |
| Independence Medical<br>PO Box 635864<br>Cincinnati, OH 45263-5864 | Independence Medical<br>PO Box 635864<br>Cincinnati, OH 45263-5864 | Trade debt | | 450.02 |
| Invacare<br>PO Box 824056<br>Philadelphia, PA 19182-4056 | Invacare<br>PO Box 824056<br>Philadelphia, PA 19182-4056 | Trade debt | | 1,722.93 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **Multi-Medical Equipment & Supplies, LLC**   Case No. **14-35174**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jeff Bickart c/o Donald E. Robinowitz 4151 Southwest Freeway Suite 350 Houston, TX 77027 | Jeff Bickart c/o Donald E. Robinowitz 4151 Southwest Freeway Houston, TX 77027 | | Contingent Unliquidated Disputed | Unknown |
| Julius Zorn, Inc. PO Box 1088 Cuyahoga Falls, OH 44223 | Julius Zorn, Inc. PO Box 1088 Cuyahoga Falls, OH 44223 | Trade debt | | 600.86 |
| Medi USA, L.P. PO Box 842011 Dallas, TX 75284-2011 | Medi USA, L.P. PO Box 842011 Dallas, TX 75284-2011 | Trade debt | | 884.42 |
| Priority One Care, LLC c/o Donald E. Robinowitz 4151 Southwest Freeway Suite 350 Houston, TX 77027 | Priority One Care, LLC c/o Donald E. Robinowitz 4151 Southwest Freeway Houston, TX 77027 | Pending litigation | Contingent Unliquidated Disputed | Unknown |
| ResMed PO Box 534593 Atlanta, GA 30353-4593 | ResMed PO Box 534593 Atlanta, GA 30353-4593 | Trade debt | | 355.95 |
| StarTex Power PO Box 650827 Dallas, TX 75265-0827 | StarTex Power PO Box 650827 Dallas, TX 75265-0827 | Utilities | | 179.27 |
| State Farm Insurance 15203 Southwest Freeway Sugar Land, TX 77478 | State Farm Insurance 15203 Southwest Freeway Sugar Land, TX 77478 | Insurance | | 162.00 |
| Texas Medical Distributors, Inc. PO Box 266 Rockdale, TX 76567 | Texas Medical Distributors, Inc. PO Box 266 Rockdale, TX 76567 | Trade debt | | 2,499.78 |
| Windstream PO Box 9001908 Louisville, KY 40290-1908 | Windstream PO Box 9001908 Louisville, KY 40290-1908 | Utilities | | 96.74 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 22, 2014**    Signature **/s/ Adam Burck**
                                          **Adam Burck**
                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.